IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02239-RBJ-MJW

LA SHUNDRA DIAN WILLIAMS,

Plaintiff,

v.

NURSE BRANDY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant's Motion for an Extension of Time to Respond to Complaint **(Docket No. 28)** is GRANTED;

- Defendant's Motion to Vacate July 16, 2015 Hearing and Conference **(Docket No. 29)** is GRANTED IN PART and DENIED IN PART, as follows;

- Defendant Nurse Brandy *a/k/a* Brandi Allen shall have up to and including August 7, 2015, to file an answer or other response to the complaint;

- The Show Cause Hearing/Scheduling Conference set for July 16, 2015, at 9:00 a.m. is VACATED;

- The Order to Show Cause (Docket No. 18) is DISCHARGED; and

- A Rule 16 Scheduling Conference is SET for August 24, 2015, at 2:30 p.m.  Counsel for defendant shall meet and confer with Plaintiff and shall electronically file a proposed scheduling order no later than August 17, 2015.

Date: June 26, 2015