IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02239-RBJ-MJW

LA SHUNDRA DIAN WILLIAMS,

Plaintiff,

v.

NURSE BRANDY,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that:

- Defendant's Motion to Stay Discovery and Vacate August 24, 2015 Scheduling Conference **(Docket No. 38) is GRANTED**, finding that Defendant has raised a plausible defense of qualified immunity in her Motion to Dismiss (Docket No. 36).  *See Rome v. Romero*, 225 F.R.D. 640, 643-44 (D. Colo. 2004) (setting forth circumstances in which stay of discovery will not be granted, none of which apply here).  *See also* D.C.COLO.LCivR 7.1(d) ("Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed.").

- Discovery in this case is **STAYED** until further order of Court.

- The Rule 16 Scheduling Conference set for August 24, 2015, at 2:30 p.m. is **VACATED**, to be reset if necessary following resolution of Defendant's motion to dismiss (Docket No. 36).

- Plaintiff is advised that, pursuant to D.C.COLO.LCivR 7.1(d), the deadline for Plaintiff to respond to Defendant's Motion to Dismiss (Docket No. 36) is **August 28, 2015**.

Date: August 13, 2015